UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KYLE DeROUSEAU; KD,<br><br>                              Plaintiffs,<br><br>          -against-<br><br>ANGELO MARTELLO; STEVEN DOUGHARTY;<br>JEFFREY MONDELL; ANTHONY GUZZO,<br><br>                              Defendants. | 21-CV-8711 (LTS)<br><br>CIVIL JUDGMENT |

By order issued March 25, 2022, the Court dismissed this action but granted Plaintiff Kyle DeRouseau thirty days' leave to replead his claims in an amended complaint. Plaintiff DeRouseau has not filed an amended complaint.

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  May 3, 2022
        New York, New York

                                                          /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                                          Chief United States District Judge